FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN CANFIELD and DARRIK GREGG,<br><br>               Plaintiffs,<br><br>  vs.<br><br>GRANT COUNTY a legal organized county existing under the laws of the State of Washington, GRANT COUNTY SHERIFF'S OFFICE, a Division of Grant County, and TOM JONES, former Sheriff of Grant County, and RYAN RECTENWALD, former Undersheriff of Grant County, both individually, and in their official capacities,<br><br>               Defendants. | NO: 2:23-CV-0249-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT are the parties' Motions to Dismiss Without Prejudice. ECF Nos. 9, 11. The parties agree to the dismissal of this action without prejudice and without fees or costs to either side. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Motions to Dismiss Without Prejudice, ECF Nos. 9, 11, are **GRANTED**.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and without fees or costs to either side.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal without prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED January 12, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2