AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DUSTIN CANFIELD and DARRIK GREGG, <br> *Plaintiff* <br> v. <br> GRANT COUNTY a legal organized county existing under the laws of the State of Washington, GRANT COUNTY SHERIFF'S OFFICE, a Division of Grant County, and TOM JONES, former Sheriff of Grant County, and RYAN RECTENWALD, former Undersheriff of Grant County, both individually, and in their official capacities, <br> *Defendant* | Civil Action No. 2:23-CV-0249-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Motions to Dismiss Without Prejudice, ECF Nos. 9, 11, are GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED without prejudice and without fees or costs to either side.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Motions to Dismiss Without Prejudice.

Date: January 12, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore